Re:   Hernandez, et. al. v. Farjean LLC, et. al.

Case Number:   16-cv-02020 (ILG)(VMS)

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| <u>Farjean LLC  (d/b/a Papa John's Pizza)</u><br>14720 Rockaway Blvd, South Ozone Park, NY 11436<br><br><u>Jack Saint Val:</u><br>10 Country Club Ln, Elizabeth, NJ 07208<br>123 Oakley Street, Roselle, NJ 07203<br>62 Hedgewood Road, Howell, NJ 07731<br><br><u>Jean A. Saint Val:</u><br>175 W Jersey St, Elizabeth, NJ 07202<br>175 E Jersey St, Elizabethport, NJ 07206 | Bolivar Hernandez<br>191-02 Jamaica Avenue<br>Hollis, NY11423<br><br>Felix Valdez<br>123-36 Inwood Street<br>South Ozone Park, NY11436 |

| **Amount of Judgment(s)** | **Name(s) and Address(es)  of Attorney(s)** | **Entry Date of Judgment(s)** |
|---|---|---|
| $114,055.96<br>in favor of Felix Valdez;<br><br>$108,842.79<br>in favor of Bolivar Hernandez | Roman Avshalumov, Esq.<br>Helen F. Dalton & Associates, P.C.<br>80-02 Kew Gardens Road<br>Suite 601<br>Kew Gardens, New York 11415<br>Tel.: (718) 263 9591<br>Fax: (718) 263 9591<br>Email: avshalumovr@yahoo.com | January 13, 2017 |

**UNITED STATES OF AMERICA, CLERK'S OFFICE U.S. DISTRICT COURT FOR THE**
                                                    **EASTERN DISTRICT OF NEW YORK**   SS.

**I CERTIFY that the foregoing is a correct Abstract of the Judgment**

                                                            **Dated: Brooklyn, N.Y.** _____

                                                            **Brenna B. Mahoney, Clerk** of Court

                                                            **By**_____, Deputy Clerk.